**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Ronald J. Allison,

                Plaintiff,

    v.

Dr. Phoenix; et al.,

                Defendants.

Case No. 2:25-cv-02298-JAD-DJA

**Order**

Pro se incarcerated Plaintiff Ronald J. Allison has filed a complaint with the Court.  (ECF No. 1).  However, Allison has failed to pay the filing fee or submit an application to proceed *in forma pauperis* (which means proceeding without paying the filing fee).  Although Allison initiated this action by filing documents, Allison must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee.  The Court will grant Allison one opportunity to file such an application within 30 days.  Alternatively, Allison may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 to proceed with this case.

Allison is also subject to a vexatious litigant pre-filing order issued by the Honorable District Judge Cristina D. Silva.  *See Allison v. United States Courts Clerks Office*, 2:22-cv-01114-CDS-EJY, ECF No. 4.  Under that order, before Allison can file a new action in this court as a pro se litigant, he must satisfy the following conditions:

        1.  Allison must apply to the Chief Judge of this District for leave to file the initiating documents by submitting to the clerk's office an application bearing the title "Application to Chief District Judge Seeking Leave to File" and which must be supported by a declaration from Allison, made under penalty of perjury, stating that (1) the matters asserted in the new complaint or papers have never been raised

and disposed of on their merits by any court; (2) the claim or claims are not frivolous or made in bad faith; and (3) he has conducted a reasonable investigation of the facts and such investigation supports the claim or claims; and

2. Allison must attach a copy of [Judge Silva's] Order to any such application.

*Id.* at 10-11.

Allison has not met the requirements in this case.  So, along with any application to proceed *in forma pauperis* or filing fee, Allison must also file the application required by Judge Silva's vexatious litigant pre-filing order.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Allison a copy of this order and the approved application to proceed *in forma pauperis* for a non-inmate incarcerated in the custody of the Nevada Department of Corrections.[1]

**IT IS FURTHER ORDERED** that on or before **June 8, 2026,** Allison will: (1) either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form; *and* (2) file the application required by Judge Silva's vexatious litigant pre-filing order.

**IT IS FURTHER ORDERED** that, if Allison does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action *and* file the application required by Judge Silva's vexatious litigant pre-filing order on or before **June 8, 2026**, the Court will recommend dismissal of this action.

DATED: May 7, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form can be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code IFP, Section IFP Form for NDOC Inmates.